1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CALENZO,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Defendant(s), | Case No.: 3:23-cv-00200-L-DLL<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pending before the Court is a Joint Motion for Dismissal of Entire Action With Prejudice. Good cause appearing, the Court GRANTS the Joint Motion for Dismissal. The action is dismissed in its entirety, including all claims against Defendant, with prejudice. The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 20, 2023,

_____
Hon. M James Lorenz
United States District Judge